| | |
|---|---|
| Kevin H. Marino | OF COUNSEL: |
| John A. Boyle | Steven M. Coren[*] |
| MARINO, TORTORELLA & BOYLE, P.C. | Matthew R. Williams[*] |
| 437 Southern Boulevard | KAUFMAN, COREN & RESS, P.C. |
| Chatham, NJ  07928-1488 | Two Commerce Square |
| (973) 824-9300 | 2001 Market Street, Suite 3900 |
| | Philadelphia, PA 19103 |
| | (215) 735-8700 |

*Attorneys for Plaintiff 901 Ernston Road LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| 901 ERNSTON ROAD LLC,<br><br>            *Plaintiff*,<br><br>            *v.*<br><br>BOROUGH OF SAYREVILLE ZONING BOARD OF ADJUSTMENT; *and* BOROUGH OF SAYREVILLE,<br><br>            *Defendants*. | Civil Action No.: 3:18-cv-02442-AET-TJB<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION, DIRECTING ISSUANCE OF NECESSARY ZONING APPROVALS AND ENJOINING DISCRIMINATORY CONDUCT** |

**THIS MATTER** having come before the Court on the application (the "Application") of Plaintiff, 901 Ernston Road LLC ("Plaintiff"), through its attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing) and Kaufman, Coren & Ress, P.C. (Steven M. Coren, Esq., appearing), for entry of an Order requiring Defendants, Borough of Sayreville Zoning Board of Adjustment and Borough of Sayreville (collectively, "Defendants"), to show cause why the Court should not grant a preliminary injunction (a) directing Defendants to issue all zoning approvals necessary for the construction and operation of a proposed residential drug and alcohol treatment facility (the "Facility") at 901 Ernston Road, Borough of Sayreville, County of Middlesex, State of New Jersey (Block 438, lot 1, Block 452, lot 1, as shown on the current tax

---

[*] *Pro hac vice* applications to be submitted.

map of the Borough of Sayreville) (the "Property"); and (b) enjoining Defendants from persisting in discriminatory conduct designed to thwart the construction and operation of the Facility at the Property; and the Court having entered the Order to Show Cause requested by the Application, and considered the submissions of the parties and argument of counsel on the Order to Show Cause; and good cause having been shown;

**IT IS** on this _____ day of _____, 2018, **ORDERED** that Plaintiff be and hereby is **GRANTED** the requested preliminary injunction; and

**IT IS FURTHER ORDERED AND DECLARED** that Defendants be and hereby are directed to issue all zoning approvals necessary for the construction and operation of the Facility at the Property; and

**IT IS FURTHER ORDERED AND DECLARED** that Defendants be and hereby are preliminarily enjoined from persisting in discriminatory conduct designed to thwart construction and operation of the Facility at the Property.

_____
HONORABLE ANNE E. THOMPSON, U.S.D.J.