NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| 901 ERNSTON ROAD, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BOROUGH OF SAYREVILLE ZONING BOARD OF ADJUSTMENT; and BOROUGH OF SAYREVILLE, <br><br> Defendants. | RECEIVED <br><br> MAY 11 2018 <br><br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK <br><br> Civ. No. 18-2442 <br><br> **ORDER** |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 11th day of May, 2018,

ORDERED that the Motion for Preliminary Injunction by Plaintiff 901 Ernston Road, LLC (ECF No. 6) is GRANTED; and it is further

ORDERED that Defendants Borough of Sayreville Zoning Board of Adjustment and Borough of Sayreville (collectively, "Defendants"):

(a) issue all zoning approvals necessary for the construction and operation of the proposed residential drug and alcohol treatment facility at 901 Ernston Road, Sayreville, Middlesex County, New Jersey;

(b) are preliminarily enjoined from persisting in any discriminatory conduct designed to thwart the construction and operation of the proposed facility at 901 Ernston Road.

*Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.