## UNITED STATES DISTRICT COURT
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>ANNE E. THOMPSON<br>JUDGE | U.S. COURTHOUSE<br>402 E. STATE STREET<br>ROOM 4000<br>TRENTON, NJ 08608<br>(609) 989-2123 |

To: All Parties and Counsel
Re: *901 Ernston Road v. Borough of Sayreville Bd. of Adjustment, et al.*, 18-2442

August 2, 2018

Dear Counsel,

    In light of the preliminary injunction issued May 11, 2018 (*see* ECF Nos. 22, 23), please advise how you intend to pursue the remaining damages claims against Defendants.

Very truly yours,

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.